UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK CARRESI, *ET ALIA*<br>Plaintiffs<br><br>v.<br><br>CITY OF NEWTON<br>Defendant | C.A. NO. 20-11538-DJC |

**STIPULATION OF DISMISSAL**
**OF CLAIMS OF PLAINTIFF BRIAN QUINN WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brian Quinn and Defendant City of Newton hereby stipulate to the dismissal of his claims in this action, with prejudice, and with each party bearing its own costs and without any right of appeal.

RESPECTFULLY SUBMITTED

PLAINTIFF BRIAN QUINN,

By his Attorney,

s/Daniel W. Rice
Daniel W. Rice, BBO # 559269
Harrington & Rice, P.A.
25 Braintree Hill Office Park, Suite 200
Braintree, MA 02184
(781) 964-8377
dwr@harringtonrice.com

1

CITY OF NEWTON,

By its Attorneys,

*/s/ Jennifer C. Pucci*
Jennifer C. Pucci (BBO #669823)
Assistant City Solicitor
City of Newton Law Department
1000 Commonwealth Ave
Newton Centre, MA 02459
617-796-1240
jpucci@newtonma.gov

Dated:  September 7, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2021.

/s/ Daniel W. Rice
Daniel W. Rice