UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK CARRESI, *ET ALIA*<br>Plaintiffs<br><br>v.<br><br>CITY OF NEWTON<br>Defendant | C.A. NO. 20-11538-DJC |

### ORDER

This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice made by and between Plaintiffs and the City of Newton. (Docket No. 61.) The settlement is presented to the Court for approval because Plaintiffs, 124 current and former employees of Newton's Department of Public Works and Department of Parks & Recreation, have asserted a claim under the Fair Labor Standards Act, 29 U.S.C § 201 *et seq*. The Court has reviewed the Parties' Joint Motion, and Settlement Agreement, which has been executed by each individual Plaintiff. Having fully considered the Parties' submissions, the Court finds that the Motion is meritorious and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED**, that the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice is **GRANTED**. The Court **APPROVES** the settlement reached by the Parties in this matter. **IT IS FURTHER ORDERED**, **ADJUDGED** and **DECREED**, that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

                                                                     HON. DENISE J. CASPER
                                                                      UNITED STATES DISTRICT JUDGE

_____, 2021

Boston, Massachusetts

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2021.

/s/ Daniel W. Rice
Daniel W. Rice