UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK CARRESI, *ET ALIA*
Plaintiffs

v.

CITY OF NEWTON
Defendant

C.A. NO. 20-11538-DJC

### ORDER

This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice made by and between Plaintiffs and the City of Newton. (Docket No. 61.) The settlement is presented to the Court for approval because Plaintiffs, 124 current and former employees of Newton's Department of Public Works and Department of Parks & Recreation, have asserted a claim under the Fair Labor Standards Act, 29 U.S.C § 201 *et seq*. The Court has reviewed the Parties' Joint Motion, and Settlement Agreement, which has been executed by each individual Plaintiff. Having fully considered the Parties' submissions, the Court finds that the Motion is meritorious and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED**, that the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice is **GRANTED**. The Court **APPROVES** the settlement reached by the Parties in this matter. **IT IS FURTHER ORDERED, ADJUDGED** and **DECREED**, that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

October 21, 2021